**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02344-BNB

WILLIAM ALAN MAUNZ,

    Plaintiff,

v.

WASHINGTON COUNTY JUSTICE CENTER,
LARRY KOONTZ, Sheriff, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Dismiss (Drop) the Attorney General of the State of Colorado as a Defendant and Add the Colorado Dept. of Corrections as a Defendant" (ECF No. 4) is DENIED as unnecessary.  Plaintiff should identify the proper parties to this action in the Prisoner Complaint he has been ordered to file.  Plaintiff's amended motion (ECF No. 5) is DENIED as unnecessary to the extent Plaintiff makes the same request and is GRANTED to the extent Plaintiff requests an extension of time.  Plaintiff shall have up to and including **October 22, 2014**, to cure the deficiencies in this action as directed.  Finally, Plaintiff is advised that he may not include in a single motion multiple requests applicable to different cases.

Dated:  September 18, 2014